IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SHANNON EASTER, MICHAEL GOODSON,**　　　　　　　　　**PLAINTIFFS**
**JAY KILGORE, JIMMY SHOEMAKER,**
**DONALD WILKERSON and JIMMY**
**WILKERSON**

**vs.**　　　　　　　　　**CIVIL ACTION No.: 3:18-CV-500-HTW-LRA**

**EIS OF TN, LLC, VINCIT GROUP, EIS OF**
**TENNESSEE ACQUISTITION COMPANY, LLC,**
**ABC CORPORATION, XYZ, LLC, ABC CO.,**
**KENNETH GEORGE, and DOES 1-5**　　　　　　　　　**DEFENDANTS**

## ORDER OF DISMISSAL

All parties having agreed to and announced to the court a resolution of this case [Docket no. 18], and the court being desirous that this matter be finally closed on its active docket,

IT IS ORDERED that this case is hereby dismissed with prejudice as to all parties. The parties are to bear their own costs. The parties shall submit to the Court a final order of dismissal no later than August 31, 2019.

**SO ORDERED this the 16th day of July, 2019.**

　　　　　　　　　**s/ HENRY T. WINGATE**
　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**